# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW BIUWE WIELENGA,<br><br>　　　　　Defendant. | Case No.: 22-CR-1602-JLS<br><br>**ORDER GRANTING MOTION TO CONTINUE MOTION HEARING** |

Pursuant to a joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting set for **September 23, 2022** is continued to **November 2, 2022** at 1:30 PM.

Additionally, for the reasons set forth in the Joint Motion to Continue Motion Hearing, the Court finds the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

**IT IS SO ORDERED.**

Dated:  September 21, 2022

　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge